# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRANK CUSHENBERRY AND ROBIN
CUSHENBERRY, INDIVIDUALLY AND ON
BEHALF OF THE MINOR CHILDREN,
NOAH CUSHENBERRY AND KHLOE
CUSHENBERRY

VERSUS

JOHNNY SCOTT AND BARBER BROTHERS
CONTRACTING COMPANY, LLC
LOUISIANA

### CONSOLIDATED WITH

BARBER BROTHERS CONTRACTING
COMPANY, LLC

VERSUS

CAPITOL CITY PRODUCE COMPANY,
LLC, FRANK CUSHENBERRY AND XYZ
INSURANCE COMPANY

NO.  2020 CW 1329

**DECEMBER 30, 2020**

---

In Re:  Johnny Scott, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
674957 c/w 672217.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  The writ application does
not include a copy of the pertinent minutes or a copy of the
ruling or order at issue in violation of Rule 4-5(C)(6) and (10)
of the Uniform Rules of Louisiana Courts of Appeal.

                         **JMG**
                         **PMc**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
D PUTY  CLERK  OF  COURT
       FOR THE COURT